UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　v.<br><br>ARMANDO CONTRERAS-CEDANO, etc.,<br><br>　　　　Movant. | No.  2:08-cr-0081 MCE KJN P<br><br><br>ORDER |

　　　　Movant is a federal prisoner proceeding without counsel with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  On September 13, 2014, respondent filed an answer and, in part, a motion to dismiss, the latter addressed to the sentencing calculations in this case.  (ECF No. 22.)  Movant has not filed an opposition to respondent's motion to dismiss, which was due on or before October 4, 2014.  See Local Rule 230(l).

　　　　Accordingly, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, movant shall file and serve an opposition to the motion to dismiss; movant may also, but need not, address the other matters raised in respondent's answer in a combined opposition/traverse.  Failure to timely oppose respondent's motion to dismiss shall be construed as movant's non-opposition thereto.

Dated:  October 27, 2014

/cont0081.nooppo.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1