UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>ARMANDO CONTRERAS-CEDANO,<br><br>Movant. | No. 2: 08-cr-0081 MCE KJN P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On September 13, 2014, respondent filed an opposition to the motion. (ECF No. 22.) On November 17, 2104, movant filed a reply to the opposition. (ECF No. 25.)

The court has been informed that movant has been released from prison. However, movant did not file a notice of change of address informing the court of his new address.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, movant shall show cause for his failure to keep the court apprised of his current address; failure to respond to this order will result in dismissal, without prejudice, of movant's motion brought pursuant to 28 U.S.C. § 2255.

Dated:  August 26, 2016

Ced81.osc

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1